# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **PRECITEC, INC.**, a Delaware corporation, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | Case No. 05-60182 |
| v. ) | |
| ) | Honorable John Corbett O'Meara |
| **AMERICAN TORCH TIP, LTD.**, and ) | |
| **AMERICAN TORCH TIP CO.**, ) | Magistrate Judge R. Steven Whalen |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |
| ) | |

## STIPULATION FOR DISMISSAL

The parties hereto, by and through their undersigned counsel, pursuant to a confidential Settlement Agreement entered into by the parties made effective February 16, 2007, hereby stipulate and agree, pursuant to the provisions of Rule 41(a), Fed. R. Civ. P., that the Court may enter a Dismissal Order, with prejudice, in the form electronically submitted herewith, and that each party shall bear its own costs and attorneys' fees.

So stipulated:

  /s with consent of Charles A. Bieneman
R. Terrance Rader (P28747)
Charles A. Bieneman (P66755)
Linda D. Kennedy (P64692)
RADER, FISHMAN & GRAUER PLLC
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304
Telephone: (248) 594-0600
Facsimile: (248) 594-0610
cab@raderfishman.com

*Attorneys for Plaintiff/Counter-Defendant*

Dated:  February 21, 2007

  /s Adam B. Strauss
Allan J. Sternstein
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 627-2143

Adam B. Strauss (P53319)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan  48304
Telephone: (248) 203-0764
Facsimile: (248) 203-0763
astrauss@dykema.com

*Attorneys for Defendants/Counter Plaintiffs.*

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PRECITEC, INC.**, a Delaware corporation, )
)
    Plaintiff/Counter-Defendant, )
) Case No. 05-60182
v. )
) Honorable John Corbett O'Meara
**AMERICAN TORCH TIP, LTD.**, and )
**AMERICAN TORCH TIP CO.**, ) Magistrate Judge R. Steven Whalen
)
    Defendants/Counter-Plaintiffs. )
)

## DISMISSAL ORDER

This action having come before the Court on the Stipulation for Dismissal by the parties, Plaintiff/Counter-Defendant Precitec, Inc. and Defendants/Counter-Plaintiffs American Torch Tip, Ltd. and American Torch Tip Co..;

It is hereby finally ORDERED, ADJUDGED, and DECREED as follows:

1. This action, including all claims and counterclaims, is dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

3. This Court shall retain jurisdiction for purposes of enforcing the confidential settlement agreement effective February 16, 2007.

**SO ORDERED.**

Dated: February 23, 2007                          s/John Corbett O'Meara
                                                                  United States District Judge